IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>BULBTRONICS INC.,<br><br>          Defendant. | CIVIL ACTION NO.: 1:13-CV-10037 |

## COMPLAINT AND JURY DEMAND

Plaintiff Photographic Illustrators Corporation ("PIC" or "Plaintiff") brings this civil action against Defendant Bulbtronics Inc. ("Bulbtronics" or "Defendant").

## THE PARTIES

1.      PIC is a Massachusetts corporation with a place of business at 467 Sagamore Street, Hamilton, Massachusetts 01936.

2.      Upon information and belief, Defendant Bulbtronics is a New York corporation having an address at 45 Banfi Plaza North, Farmingdale, NY 11735.

## JURISIDICTION AND VENUE

3.      This is a civil action for injunctive relief and damages for violation of the copyright laws of the United States, 17 U.S.C. §§ 101, et seq.; the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201, et seq.; the Lanham Act, 15 U.S.C. §§ 1051, et seq.; and for unfair and deceptive trade practices in violation of Mass. Gen. L. ch. 93A.  Jurisdiction over the state law claim is proper under 28 U.S.C. § 1367.

4.      The amount in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338.

5.      Bulbtronics does business in Massachusetts.  Bulbtronics operates a website (bulbtronics.com), which offers numerous opportunities for visitors to interact with Bulbtronics and is accessible from within Massachusetts.  Through its website, Bulbtronics advertises, sells, and offers for sale over 60,000 products to online visitors.  Bulbtronics also invites visitors to its website to create online accounts; apply for lines of credit; and sign up to receive by email news about Bulbtronics.  Bulbtronics does not exclude Massachusetts consumers from visiting, interacting with, or making purchases through its website.  Bulbtronics takes no measures to avoid contacts through its website with Massachusetts consumers.

6.      This Court has personal jurisdiction over Bulbtronics because Bulbtronics: has transacted business in Massachusetts; has contracted to supply products in Massachusetts; has caused tortious injury to PIC in Massachusetts by reproducing and distributing PIC's copyrighted images on Bulbtronics' website (which can be accessed in Massachusetts) to advertise and sell products, and regularly does or solicits business in Massachusetts, and/or engages in other persistent courses of conduct in Massachusetts, and/or derives substantial revenue from products sold in Massachusetts; and this action arises from these activities.

7.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391.

## PIC'S COPYRIGHTED IMAGES

8.      PIC specializes in photography, including photography of consumer products for catalogs, advertising, and product packaging.

9.      Over a span of years dating back to the 1960s, various companies have retained PIC to photograph certain of their products, including Osram Sylvania, Inc. ("Sylvania").

10.      PIC authored the 49 photographic images referenced in this Complaint (the "Images").

11.      PIC retains ownership of all right, title and interest in the copyrights for the Images.

12.      Five (5) of PIC's 49 Images were made the subject of applications which matured into United States Copyright Registration Certificate Nos. VA 1-359-243 and VA 1-359-244 (attached as Exhibits A and B).

13.      Forty-four (44) of PIC's 49 Images were made the subject of applications for copyright registration which were received by the United States Copyright Office on December 26, 2012.  These applications for registration were complete and submitted in proper form with the appropriate filing fees.

14.      For all of PIC's Images, Bulbtronics' infringement of the Images began after the first publication of the Images.

15.      For at least some of PIC's Images, Bulbtronics' infringement of the Images began after the effective registration date of the Images, and the effective registration date is within three (3) months after the first publication of the Images.

16.    Before publishing its Images, PIC attached to each Image the name of the author (Paul Kevin Picone), copyright owner (P.I.Corp.) and copyright notice ("Copyright Management Information"), as shown in the examples below:



## BULBTRONICS' UNAUTHORIZED ALTERATION AND USE OF PIC'S IMAGES

17.     As depicted in the 50 sets of images below, each of the images ("Accused Images") displayed on Bulbtronics' website, www.bulbtronics.com, is a copy, in whole or in part, of one of PIC's Images.

18.     On information and belief, Bulbtronics created the Accused Images through use of image editing software on PIC's Images, i.e., by "photoshopping" the Images.  Vestiges of background imagery in PIC's Images, that Bulbtronics attempted unsuccessfully to remove, are visible in multiple Accused Images, as shown in the example below:

| PIC's Image (Published) | Bulbtronics' Infringing Copy |
| --- | --- |



19.     Bulbtronics has and continues to copy, distribute, and/or use PIC's Images on its website to advertise and sell products.

20.     Bulbtronics has never been and is not currently licensed or otherwise authorized by PIC or any other party to copy, distribute and/or use PIC's Images.

21.     None of the Accused Images displayed on Bulbtronics' website display the Copyright Management Information that PIC adds to each of its Images before publication.

5

Instead, each Accused Image includes a watermark of a Bulbtronics logo and the text "©

BULBTRONICS, INC."

22.     PIC has never authorized Bulbtronics or any other party to remove or alter any

Copyright Management Information on PIC's Images.

23.     On information and belief, Bulbtronics intentionally removed and/or altered PIC's

Copyright Management Information from the Accused Images displayed on Bulbtronics'

website.

24.     Bulbtronics knowingly added false copyright management information to the

Accused Image displayed on Bulbtronics' website.

25.     In the table below, the image on the top left was authored by PIC and then registered with the Copyright Office on May 30, 2006 (Reg. No. VA 1-359-244).  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
| --- | --- |

Germicidal Sub Array_02.jpg

http://www.bulbtronics.com/Search-The-WareHouse/ProductDetail.aspx?sid=0066605

26.     In the table below, the image on the top left was authored by PIC and then registered with the Copyright Office on May 30, 2006 (Reg. No. VA 1-359-244).  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|

LED Worklight.jpg

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0082220

27.     In the table below, the image on the top left was authored by PIC and then registered with the Copyright Office on May 30, 2006 (Reg. No. VA 1-359-244).  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| LED MR_warmwhite.jpg | |
| http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0053424 | |

28.    In the table below, the image on the top left was authored by PIC and then registered with the Copyright Office on May 30, 2006 (Reg. No. VA 1-359-243).  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |

Daylight_Array.jpg

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0035323

29.     In the table below, the image on the top left was authored by PIC and then registered with the Copyright Office on May 30, 2006 (Reg. No. VA 1-359-243).  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|:---:|:---:|
|  | |
| **65W Twist.jpg** | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0066319

30.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| **58923 Eco Double-Ended Hal copy.TIF** | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0000384

31.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



Cap Par30s Par 20s_3_01.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0000779

32.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



Bi-Pin Halogen copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0000885

33.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0002852

34.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0012942

35.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
| --- | --- |

FBO31 XPECO copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013183

36.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website at least twice, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|

Lumalux_Eco 9_01 copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013545
http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013528

37.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website at least three times, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
| --- | --- |

**PowerBall_MetalArc_PowerBall.TIF**

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013585
http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013603
http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0066617

38.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
| --- | --- |



Metalarc Ceramic copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013590

39.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
| --- | --- |
| EPD 100.TIF | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013602

40.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |

Pentron T5 Circlines copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0029045

41.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website at least twice, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



**octronXVfamily copy.TIF**

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0029150
http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0078238

42.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



Super Metalarc PS Family copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0029510

43.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0032271

44.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0036636

45.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
| --- | --- |
|  | |
| Cap Infrared copy.TIF | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0036648

46.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website at least twice, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
| 22052 Octron FB032 T8 Curv.TIF | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0044357
http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0002875

47.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
| Icetron System #1.TIF | © BULBTRONICS, INC. |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0044431

48.    In the table below, the image on the top left was authored by PIC. It was received by the Copyright Office for registration on Dec. 26, 2012. The image on the top right appears on Defendant's website, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|

**Tru-Aim Family 9_01 copy.TIF**

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0048402

49.      In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



HMI 575 W_SEL 9_01 copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0052565

50.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |

OSRAM_Backstage Blue.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0054469

51.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0066606

52.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |



Pulse Start MH copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0066607

34

53.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| LED RetroFit Product_G25 copy.TIF | |
| http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0066750 | |

54.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| **LED RetroFit Product_PAR38 copy.TIF** | |
| http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0066769 | |

55.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| LED RetroFit Product_Aline 40W copy.TIF | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0066770

56.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |

LED Canisters_01.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0079221

57. In the table below, the image on the top left was authored by PIC. It was received by the Copyright Office for registration on Dec. 26, 2012. The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
| LED RetroFit Product_MR16 copy.TIF | |



http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0080952

58.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| LED RetroFit Product_PAR20 copy.TIF | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0081140

59.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| CF9EL_G25 copy.TIF | |
| http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0081232 | |

60.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0081568

61.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| 29411 CF23 EL minitwist copy.TIF | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0081633

62.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| **LED_A19_Omni.TIF** | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0085341

63.     In the table below, the image on the top left was authored by PIC.  It was received

by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on

Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



HalogenReflector
_Product_White3Up_copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0085832

64.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |

7625_HO54W_SLS_V2
_Silo_Etch_SeamLess.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0086143

65.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
| --- | --- |



HMI 6000W.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013371

66.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



**HMI 2500W. TIF**

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0013376

67.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



PENTRON_C_Array.jpg

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0044468

68.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



HMI 12000W.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0051197

69.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



TP22H Socket copy.jpg

http://www.bulbtronics.com/Search-The-WareHouse/ProductDetail.aspx?sid=0054940

70.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|

LED HF2 Spot.jpg

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0061130

71.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0067072

72.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



**DOT it Linear VARIO_silver.jpg**

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0080342

73.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|



29786_CF40EL-TWIST-827-RP  copy.TIF

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0081210

74.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on Dec. 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC's Image | Bulbtronics' Infringing Copy |
|---|---|
|  | |
| **CF22EL_PAR38.TIF** | |

http://www.bulbtronics.com/Search-The-Warehouse/ProductDetail.aspx?sid=0084728

## DAMAGE TO PIC'S BUSINESS AND REPUTATION

75.     PIC's photography services and images enjoy an excellent reputation and have gained great value and recognition in the marketplace.

76.     For three decades PIC has done business under the PIC name and has used the name of PIC's President, Paul Kevin Picone, in connection with PIC's services.  Through PIC's longstanding practice of attaching to each published PIC Image the names "P.I.Corp." and "Paul Kevin Picone," consumers have come to associate these names with high-quality photography. PIC thus has common law trademark rights in the P.I.CORP. and PAUL KEVIN PICONE marks ("PIC Marks").

77.     PIC relies on the PIC Marks and Copyright Management Information that it attaches to each of its images as its primary mode of advertising.  Potential customers seek out and contact PIC using this information.

78.     PIC is not affiliated with Bulbtronics and has not approved any of Bulbtronics' alterations to PIC's Images.

79.     By removing PIC's Marks and Copyright Management Information from the PIC Images, Bulbtronics has removed PIC's primary advertisement vector, thereby depriving PIC of business opportunities.

80.     By replacing the PIC Marks and Copyright Management Information on PIC's Images with a Bulbtronics' watermark and the text "© BULBTRONICS, INC.," Bulbtronics has created a likelihood that consumers will mistakenly believe that Bulbtronics created PIC's Images.  Bulbtronics' doctoring of PIC's Images misleadingly represents to the world that Bulbtronics – and not PIC – is the author, source and copyright owner of the PIC Images displayed on Bulbtronics' website.

81.     Bulbtronics, by its misdeeds, has created a likelihood that potential PIC customers will erroneously believe Bulbtronics to be the source and owner of PIC's Images.  Bulbtronics' misrepresentation and the resulting likelihood of consumer confusion have damaged PIC.

### COUNT I
### (Copyright Infringement, 17 U.S.C. § 501)

82.     PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

83.     Bulbtronics has infringed PIC's copyrights in its Images, in violation of 17 U.S.C. § 501, by copying, distributing, and/or using such Images without license or other authorization.

84.     Bulbtronics' infringement has been knowing and willful.

85.     Bulbtronics' infringement has damaged PIC in an amount to be proven at trial.

86.     Unless stopped by an injunction, Bulbtronics will continue infringing PIC's copyrights in its Images and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

### COUNT II
### (Integrity of Copyright Management Information, 17 U.S.C. § 1202)

87.     PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

88.     Bulbtronics has knowingly and with intent to induce, enable, facilitate, or conceal infringement of the Images, provided and/or distributed false copyright management information in relation to its use of the Images, in violation of 17 U.S.C. § 1202(a).

89.     Bulbtronics has intentionally removed or altered PIC's Copyright Management Information for PIC's Images without PIC's authorization, and/or distributed copyright

management information with knowledge that the Copyright Management Information was removed or altered without PIC's authorization, in violation of 17 U.S.C. § 1202(b).

90.     Bulbtronics' violation of 17 U.S.C. § 1202 has been knowing and willful.

91.     Bulbtronics' violation of 17 U.S.C. § 1202 has damaged PIC in an amount to be proven at trial.

92.     Unless stopped by an injunction, Bulbtronics' behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

## COUNT III
### (Lanham Act Violations, 15 U.S.C. § 1125(a))

93.     PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

94.     PIC possesses common law trademark rights in the PIC Marks.

95.     Bulbtronics has used PIC's Images in commerce in connection with its sale of Bulbtronics' goods and services.

96.     On information and belief, Bulbtronics stripped PIC's Marks and Copyright Management Information from PIC's Images.  Without PIC's authorization, Bulbtronics added a Bulbtronics logo and false copyright notice to PIC's Image.

97.     Bulbtronics doctored PIC's Images to give the misleading appearance that Bulbtronics is the creator and copyright owner of the Images.  Consumers are thus likely to be deceived as to the true origin of PIC's Images.

98.     Customers who are familiar with PIC's many decades of work for Sylvania and who recognize the Accused Images as PIC's are likely to mistakenly believe that Bulbtronics and PIC are in some way affiliated, connected, or associated as a result of Bulbtronics' misuse of

PIC's Marks, Copyright Management Information and Images.  Bulbtronics' misconduct is also likely to deceive such consumers by causing them to believe that PIC sponsors or approves of Bulbtronics' goods, services, or commercial activities.  Bulbtronics' misconduct violates 15 U.S.C. § 1125(a)(1)(A).

99.     Bulbtronics' unauthorized alteration and use of PIC's Images, Marks and Copyright Management Information occurs in commercial advertising or promotion, and misrepresents the nature, characteristics, qualities, or geographic origin of Bulbtronics' goods, services, or commercial activities, in violation of 15 U.S.C. § 1125(a)(1)(B).

100.     Bulbtronics' misuse of PIC's Marks, Copyright Management Information and Images, Bulbtronics' acts and/or omissions as described above were knowing and willful.

101.     Bulbtronics' violations of the Lanham Act have damaged PIC in an amount to be determined at trial.

102.     Unless stopped by an injunction, Bulbtronics' behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

## COUNT IV
### (Unfair And Deceptive Trade Practices, Mass. Gen. L. ch. 93A)

103.     PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

104.     Bulbtronics is, and at all relevant times has been, engaged in commerce.

105.     Bulbtronics' acts and/or omissions as described above (and the center of gravity of those acts and/or omissions) occurred primarily and substantially in Massachusetts.

106.     Bulbtronics' acts and/or omissions as described above constitute unfair and deceptive trade practices under Mass. Gen. L. Ch. 93A.

107.     Defendant's unfair and deceptive trade practices impact the public interest by causing consumer confusion.

108.     Bulbtronics' acts and/or omissions as described above were knowing and willful.

109.     Bulbtronics' unfair and deceptive trade practices damaged PIC in an amount to be determined at trial.

110.     Unless stopped by an injunction, Bulbtronics' behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

## **RELIEF REQUESTED**

WHEREFORE, PIC requests that this Court:

A.      Enter judgment that the Court has jurisdiction over the parties to and subject matter of this action.

B.      Enter judgment that Bulbtronics has infringed and continues to infringe PIC's copyrights in and to the Images, pursuant to 17 U.S.C. § 501.

C.      Permanently enjoin Bulbtronics, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further infringement of the copyrights in and to the Images, pursuant to 17 U.S.C. § 502.

D.      Order the recall, impounding, and destruction of all infringing copies made, used or distributed by Bulbtronics in violation of PIC's exclusive rights in and to its Images (and, in the case of electronic copies, order that all such copies be deleted from the computers or other storage means on which they reside), pursuant to 17 U.S.C. § 503.

E.      Direct Bulbtronics to pay to PIC its actual damages and any additional profits realized by Bulbtronics, pursuant to 17 U.S.C. § 504.

F.      Order that, in the alternative to actual copyright damages, at PIC's election, Bulbtronics shall pay PIC statutory damages pursuant to 17 U.S.C. § 504.

G.      Enter judgment that Bulbtronics has violated and continues to violate the Digital Millenium Copyright Act in relation to the Images, pursuant to 17 U.S.C. § 1202.

H.      Permanently enjoin Bulbtronics, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further violations of the Digital Millennium Copyright Act in relation to the Images, pursuant to 17 U.S.C. § 1203(b)(1).

I.      Order the impounding of all devices or products in the custody or control of Bulbtronics that were involved in the violations of the Digital Millennium Copyright Act in relation to the Images, pursuant to 17 U.S.C. § 1203(b)(2).

J.      Direct Bulbtronics to pay to PIC its actual damages and any additional profits realized by Bulbtronics, pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(A), and 1203(c)(2).

K.      Order that, in the alternative to actual damages, at PIC's election, Bulbtronics shall pay PIC statutory damages pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(B), and 1203(c)(3)(B).

L.      Enter judgment that PIC has common law trademark rights in the PIC Marks, and that Bulbtronics has violated and continues to violate 15 U.S.C. § 1125(a)(1)(A) and (B) by its alteration and use of PIC's Images.

M.      Permanently enjoin Bulbtronics, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with

them, from further violations of the Lanham Act in relation to the Images, pursuant to 15 U.S.C. § 1116.

N.      Direct Bulbtronics to pay to PIC any damages attributable to Bulbtronics' Lanham Act violations and shall account for all gains, profits, and advantages derived through those actions, but not less than a reasonable royalty, and pay such damages authorized by law, including 15 U.S.C. § 1117.

O.      Enter judgment that Bulbtronics has engaged and continues to engage in unfair and deceptive trade practices in violation of Mass. Gen. L. ch. 93A.

P.      Direct Bulbtronics to pay to PIC its damages sustained as a result of Bulbtronics' unfair and deceptive trade practices.

Q.      Permanently enjoin Bulbtronics, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from committing further unfair and deceptive trade practices, pursuant to Mass. Gen. L. ch. 93A.

R.      Enter judgment that Bulbtronics' copyright infringements, Lanham Act violations, and unfair and deceptive trade practices have been knowing and willful.

S.      Enter judgment that Bulbtronics' 17 U.S.C. § 1203(a) violations of the Digital Millennium Copyright Act have been knowing and with intent to induce, enable, facilitate, or conceal infringement.

T.      Enter judgment that Bulbtronics' 17 U.S.C. § 1203(b) violations of the Digital Millennium Copyright Act have been knowing and intentional.

U.      Order Bulbtronics to file and serve a report in writing, and under oath, setting forth the manner and form in which it has complied with the Court's order and injunction.

V.      Award PIC its attorney fees and costs in prosecuting this action, pursuant to 17

U.S.C. §§ 505, 1203(b)(5); 15 U.S.C. § 1117; Mass. Gen. L. ch. 93A, or other applicable law.

W.      Award PIC treble damages pursuant to Mass. Gen. L. ch. 93A or other applicable

law.

X.      Award PIC such further relief as this Court may deem just and proper.

## JURY DEMAND

PIC hereby demands a trial by jury of all issues so triable.


Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

By its counsel,


Dated: January 8, 2013            /s/ Michael N. Rader
                                  Michael N. Rader, BBO # 646990
                                  mrader@wolfgreenfield.com
                                  Eric Rutt, BBO # 676631
                                  erutt@wolfgreenfield.com
                                  WOLF, GREENFIELD & SACKS, P.C.
                                  600 Atlantic Ave.
                                  Boston, MA 02210
                                  Tel:  (617) 646-8000
                                  Fax: (617) 646-8646